STATE v. COEN

No. 117P86.

Case below: 78 N.C. App. 778.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 August 1986.

STATE v. COSTNER

No. 360P86.

Case below: 80 N.C. App. 666.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 August 1986.

STATE v. DALTON

No. 358P86.

Case below: 80 N.C. App. 559.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

STATE v. DAVIS

No. 443P86.

Case below: 80 N.C. App. 523.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 August 1986.

STATE v. DYE

No. 445P86.

Case below: 80 N.C. App. 724.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 August 1986.